UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OWEN T. SHREVE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. 3:20-CV-5883-JCC-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 13, 2020 |

The District Court Judge has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner, proceeding *pro se*, filed a proposed habeas corpus petition on September 1, 2020. Dkt. 1. Petitioner did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1, 2. The same day, the Clerk of Court sent Petitioner a letter notifying Petitioner that he had failed to meet the filing fee requirement. Dkt. 2. The Clerk of Court instructed Petitioner to submit the $5.00 filing fee or an application to proceed IFP. *Id*. The Clerk of Court warned Petitioner if he did not respond to the letter by October 1, 2020, the action may be subject to dismissal. *Id*.

REPORT AND RECOMMENDATION - 1

1   Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and
2   has not filed an application to proceed IFP. As Petitioner has failed to prosecute this case, the
3   Court recommends this case be dismissed without prejudice.
4   Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
5   Procedure, the parties shall have fourteen (14) days from service of this Report to file written
6   objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
7   objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
8   limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
9   November 13, 2020 as noted in the caption.
10   Dated this 21st day of October, 2020.

*[signature]*

David W. Christel
United States Magistrate Judge