THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OWEN T. SHREVE,<br><br>                    Petitioner,<br><br>         v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | CASE NO. C20-5883-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of U.S. Magistrate Judge David W. Christel (Dkt. No. 3). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DISMISSED without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is DIRECTED to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

//

//

//

ORDER
C20-5883-JCC
PAGE - 1

DATED this 17th day of November 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE